# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES DAVID OFELDT,

    Petitioner,

vs.

DIRECTOR, NDOC, *et al.*,

    Respondents.

3:10-cv-00646-LRH-VPC

**ORDER**

Petitioner, through counsel, has filed a motion for permission to subpoena certain documents related to petitioner's history and background related to his mental health from out of state agencies (ECF No. 25).  Pursuant to 28 U.S.C. § 2247 and for good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion (EFC No. 25) is **GRANTED.**

Dated this 18th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE