# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DAVID OFELDT, | |
| Petitioner, | 3:10-cv-00646-LRH-VPC |
| vs. | |
| | **ORDER** |
| DIRECTOR, NDOC, *et al.*, | |
| Respondents. | |

Petitioner, through counsel, has filed a motion for permission to subpoena certain documents related to petitioner's history and background related to his mental health from out of state agencies (ECF No. 25). Pursuant to 28 U.S.C. § 2247 and for good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion (EFC No. 25) is **GRANTED.**

Dated this 18th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE