# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DAVID OFELDT, ) | |
| Petitioner, ) | 3:10-cv-00646-LRH-VPC |
| vs. ) | **ORDER** |
| DIRECTOR, NDOC, *et al.*, ) | |
| Respondents. ) | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a state prisoner represented by counsel. Petitioner has filed a motion for a second extension of time in which to file an opposition to the State's motion to dismiss. (ECF No. 65). Petitioner seeks an enlargement of time, up to and including December 17, 2012, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file an opposition (ECF No. 65) is **GRANTED.** The opposition shall be filed on or before **December 17, 2012.**

DATED this 6th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE